## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

MARGARITA G. JORDAN,

Plaintiff,

v.

ALLAINCEONE RECEIVABLES
MANAGEMENT, INC.

Defendant.

Case No. 4:19-cv-01057

Honorable Magistrate Judge Peter Bray

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

NOW COMES MARGARITA G. JORDAN ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: May 20, 2019

Respectfully Submitted,

<u>/s/ Taxiarchis Hatzidimitriadis</u>
Taxiarchis Hatzidimitriadis Esq.
Federal I.D. 3098150
*Counsel for Plaintiff*
Admitted in the Southern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x110
Fax: (630)575-8188
thatz@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 20, 2019 a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

/s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis Esq.