UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Margarita G. Jordan, | § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-19-1057 |
| | § | |
| Allainceone Receivales Management, Inc., Defendants. | § § § § | |

### ORDER

Pursuant to the Notice of Voluntary Dismissal with Prejudice filed on May 20, 2019 the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

Signed this ___21___ day of May, 2019.

DAVID HITTNER
United States District Judge